LINDA BAKER, Respondent, v BOARD OF EDUCATION OF THE WEST IRONDEQUOIT CENTRAL SCHOOL DISTRICT et al., Appellants. (Appeal No. 2.)—Order unanimously reversed on the law without costs and defendants' motion for summary judgment granted. Same memorandum as in *Baker v Board of Educ.* ([appeal No. 1] 156 AD2d 1005 [decided herewith]). (Appeals from order of Supreme Court, Monroe County, Curran, J. —summary judgment.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.